# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00711-CV

**Texas Commission on Environmental Quality, Appellant**

**v.**

**City of Cleburne, Texas, and Johnson County, Texas, Appellees**

## FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-GN-16-005692, THE HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties before the Court have jointly filed a motion to abate this appeal for 90 days to facilitate the anticipated settlement of related litigation. The Court grants the motion, removes the matter from the list of causes set for submission and argument on September 25, 2019, and abates the appeal. Appellant is ordered to file a status report no later than December 31, 2019. Failure to do so may result in dismissal of this appeal. *See* Tex. R. App. P. 42.3.

Before Chief Justice Rose, Justices Triana and Smith

Abated

Filed: September 18, 2019